IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HIGH FREQUENCY TRADING SYSTEMS LLC,<br><br>          Plaintiff,<br><br>v.<br><br>FOREX CAPITAL MARKETS, LLC,<br><br>          Defendant. | Civil Action No. 2:16-cv-18-RWS |

## MOTION FOR DISMISSAL WITH PREJUDICE

The Plaintiff High Frequency Trading Systems LLC pursuant to Fed. R. Civ. P. 41(a), hereby moves for an order dismissing all claims against Defendant Forex Capital Markets, LLC, WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

Dated: May 10, 2016

Respectfully submitted,

By: */s/ Robert Kiddie*
Robert Dean Kiddie, Jr.
Texas Bar No. 24060092
rkiddie@devlinlawfirm.com
DEVLIN LAW FIRM LLC
1306 N. Broom Street, 1st Floor
Wilmington, DE 19806
Phone: (302) 449-9010
Fax: (302) 535-4215

*Attorneys for Plaintiff*
*High Frequency Trading Systems LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5 on May 10, 2016.

*/s/ Robert Kiddie*
Robert Kiddie